## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  24-247-1** |
| | : | |
| **CHARLIE ROLON** | : | |

## <u>ORDER</u>

**AND NOW**, this 6th day of April 2026, upon considering defendant's motion to enforce the plea agreement (DI 159), the government's opposition (DI 163), following our March 19, 2026 motion hearing, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion to enforce the plea agreement (DI 159) is **DENIED**.


_____
**MURPHY, J.**